# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 22-263V
UNPUBLISHED

| | |
|---|---|
| LAWRENCE KNIGHT,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Chief Special Master Corcoran<br><br>Filed: May 15, 2023<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Guillain-Barre Syndrome (GBS) |

*Laura Levenberg*, Muller Brazil, LLP, Dresher, PA, for Petitioner.

*Mark Kim Hellie*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On March 8, 2022, Lawrence Knight filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré Syndrome (GBS) resulting from adverse effects of the influenza vaccination received on September 25, 2019. Petition at 1. Petitioner further alleges that the vaccination was administered within the United States, his GBS symptoms persisted for more than six months, and neither he, nor any other party, has ever filed any action, or received compensation in the form of an award or settlement for Petitioner's vaccine-related injury. Petition at 1-2. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 24, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On May 12, 2023, Respondent filed a proffer on award of

---
[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

compensation ("Proffer") indicating Petitioner should be awarded $160,000.00 for pain and suffering. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $160,000.00 for pain and suffering in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                              **s/Brian H. Corcoran**
                                              Brian H. Corcoran
                                              Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# In the United States Court of Federal Claims
## Office of Special Masters

| | |
|---|---|
| LAWRENCE KNIGHT,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH<br>AND HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Case No. 22-263V (ECF)<br>Chief Special Master<br>Corcoran |

### Respondent's Proffer on Award of Compensation

**I.    Procedural History**

On March 8, 2022, Lawrence Knight ("petitioner") filed a petition for compensation ("Pet.") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), as amended.  Petitioner alleges that he suffered from Guillain-Barré syndrome as a result of an influenza ("flu") vaccine administered on September 25, 2019.  Pet. at 1.

On December 27, 2022, respondent filed his Rule 4(c) Report, conceding entitlement in this case.  ECF Doc. No. 18 at 1.  On January 24, 2023, the Court issued its Ruling on Entitlement, finding that petitioner was entitled to compensation.  ECF Doc. No. 18.

**II.     Items of Compensation and Form of the Award**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $160,000.00.  The award is comprised of the following: $160,000.00 for pain and suffering.  This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a) regarding his September 25, 2019, flu vaccination.  Petitioner agrees.[1]

**III.    Form of the Award**

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of $160,000.00, in the form of a check payable to petitioner.  Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

>                                        Respectfully submitted,
>
>                                        BRIAN M. BOYNTON
>                                        Principal Deputy Assistant Attorney General
>
>                                        C. SALVATORE D'ALESSIO
>                                        Director
>                                        Torts Branch, Civil Division
>
>                                        HEATHER L. PEARLMAN
>                                        Deputy Director
>                                        Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

                                            DARRYL R. WISHARD
                                            Assistant Director
                                            Torts Branch, Civil Division

                                            s/ *Mark K. Hellie*
                                            MARK K. HELLIE
                                            Trial Attorney
                                            Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            P.O. Box 146, Benjamin Franklin Station
                                            Washington, D.C. 20044-0146
                                            T: (202) 616-4208
                                            E: mark.hellie@usdoj.gov

DATED: May 12, 2023